# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO. 3:24-CR-281 |
| v. | : (Saporito, J.) |
|  | : (Bloom, CMJ) |
| CHRISTOPHER J. CORDES, | : |
| Defendant | : |

**FILED**
**WILKES BARRE**
OCT 23 2024
PER ___ M.S.
DEPUTY CLERK

### ORDER

It is so ORDERED, that on this **23rd** day of October, 2024, the above-captioned case is unsealed and made open to public view.

_____
JOSEPH F. SAPORITO, JR.
U.S. DISTRICT COURT JUDGE