UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 3:24-CR-281 |
| v. | |
| CHRISTOPHER J CORDES, | (Judge Saporito) |
| Defendant | |

**SUPERSEDING INDICTMENT**

FILED
SCRANTON
JUN 24 2025
PER JKC
DEPUTY CLERK

THE GRAND JURY CHARGES:

## COUNT 1
### 18 U.S.C. § 2422(b)
(Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity)

Between on or about October 13, 2023, through on or about October 15, 2023, in Schuylkill County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**CHRISTOPHER J CORDES,**

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce, MINOR VICTIM 1, a minor who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: the production of child pornography, in violation of Title 18, United States Code, Section 2251(a).

In violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
## 18 U.S.C. § 2252(a)(2)
## (Attempted Receipt of Child Pornography)

On or about October 15, 2023, in Schuylkill County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**CHRISTOPHER J CORDES,**

did use a means and facility of interstate and foreign commerce to knowingly attempt to receive a visual depiction of a minor engaged in sexually explicit conduct that would be mailed, shipped, and transported, and which would contain materials that would be mailed, shipped, and transported, in interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer and cell phone, and the production of such visual depiction would involve the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 3
## 18 U.S.C. § 2252(a)(4)(B)
### (Possession of Child Pornography)

On or about May 31, 2024, in Columbia County, in the Middle District of Pennsylvania, the defendant,

**CHRISTOPHER J CORDES,**

did knowingly possess one or more visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict minors engaging in sexually explicit conduct, and including minors that had not attained twelve years of age, all of which had been shipped and transported using any means of interstate and foreign commerce, and all of which had been produced using materials which had been mailed and shipped and transported, by any means including by computer, in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT 4
## 18 U.S.C. § 48(a)(2)(B)
### (Creation of Animal Crush Video)

On or between July 25, 2023, and July 26, 2023, in Schuylkill County, in the Middle District of Pennsylvania, the defendant,

**CHRISTOPHER J CORDES,**

did knowingly create an animal crush video, which was distributed in, and using a means and facility of, interstate commerce, in violation of, Title 18, United States Code, Sections 48(a)(2)(B) and 2.

In violation of Title 18, United States Code, Section 48(a)(2)(B).

## COUNT 5
## 18 U.S.C. § 2251(a)
### (Production of Child Pornography)

On or about September 30, 2023, in Schuylkill County, in the Middle District of Pennsylvania, the defendant,

**CHRISTOPHER J CORDES,**

did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that have been mailed, shipped, and

transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 5 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428 and Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, and Title 18, United States Code, Section 2428, upon conviction of the offense in violation of Title 18, United States Code, Section 2251(a), Title 18, United States Code, Sections 2252(a)(2), and Title 18, United States Code, Section 2422(b) the defendant,

### CHRISTOPHER J CORDES,

shall forfeit to the United States of America:

    a.    Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter

which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

By virtue of the commission of the offenses charged in Counts 1 through 5 of this Superseding Indictment by the defendant,

**CHRISTOPHER J CORDES,**

any and all right, title, and interest the defendant may have had in any of the property involved in or traceable to the offenses alleged in Counts 1 through 5 of this Superseding Indictment is vested in the United States and is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2428 and Title 18, United States Code, Section 2253.

If any of the property involved in or traceable to the offenses alleged in Counts 1 through 5 of this Superseding Indictment, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 2428 and Title 18, United States Code, Section 2253.

JOHN C. GURGANUS
Acting United States Attorney

LUISA HONORA BERTI
Assistant United States Attorney

A TRUE BILL

~~[redacted]~~
FOREPERSON

6-24-25
Date