# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | |
| v. | :     No.: 3:24-CR-281 |
| | |
| CHRISTOPHER J. CORDES | : |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Defendant's Unopposed Motion to Schedule a Change of Plea Hearing, it is hereby ORDERED and DECREED that the Motion is **GRANTED** and the Change of Plea Hearing is scheduled for _____ day of _____, 2025.

BY THE COURT:

_____

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No.: 3:24-CR-281 |
| CHRISTOPHER J. CORDES | : | |

**<u>DEFENDANT'S MOTION TO SCHEDULE A CHANGE OF PLEA HEARING</u>**

**TO THE HONORABLE JOSEPH F. SAPORITO, JR.:**

Defendant CHRISTOPHER J. CORDES (hereinafter "Mr. Cordes"), by and through his attorneys, Pantellis Palividas, Esq. and Elena Fast, Esq., hereby provide notice to the Court, and the parties, of his Motion to Schedule a Change of Plea Hearing.

In support of this request, the following events have occurred in this matter:

1. Mr. Cordes had a meaningful opportunity to consult with defense counsel about the charges, the discovery, and his decision to plead guilty without a plea agreement.

2. Defense Counsel had an opportunity to review the evidence and digital discovery in the matter with the assistance of a forensic expert and to discuss it with Mr. Cordes.

3. Mr. Cordes now wishes to plead guilty to Counts 1 through 5 before this Honorable Court without a plea agreement.

4. Undersigned counsel conferred with Assistant United States Attorney Luisa Berti from the U.S. Attorney's Office for the Middle District of Pennsylvania.

5. The parties jointly propose September 24, 2025, for the Change of Plea Hearing, if it pleases the Court.

**WHEREFORE**, Mr. Cordes respectfully requests that this Honorable Court grant the Motion to Schedule a Change of Plea Hearing.

Date:   September 10, 2025

                                                Respectfully submitted,

                                                s/ Panellis Palividas
                                                Pantellis Palividas, Esq.
                                                1910 Land Title Building
                                                100 S. Broad Street
                                                Philadelphia, Pennsylvania 19110
                                                Telephone: (631) 972-8616
                                                Facsimile: (215) 972-1545

                                                s/ Elena Fast
                                                Elena Fast, Esq.
                                                521 Fifth Avenue, 17 Floor
                                                New York, New York 10175
                                                Telephone: (212) 729-9494
                                                *Pro hac vice*

                                                *Counsel for Christopher Cordes*

**CERTIFICATE OF SERVICE**

    I, Pantellis Palividas, Esquire, hereby certify that a true and correct copy of the Motion in the above-captioned matter was served on September 10, 2025, via email, below upon the following:

Luisa Honora Berti-DOJ-USAO
William J. Nealon Federal Building
235 N. Washington Avenue, Suite 311
Scranton, PA 18503
luisa.berti@usdoj.gov

Respectfully submitted,

_____
Pantellis Palividas, Esq.
1910 Land Title Building
100 S. Broad Street, Suite 1910
Philadelphia, Pennsylvania 19110
Telephone: (631) 972-8616
Facsimile: (215) 972-1545

Date: September 10, 2025