**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

FILED
WILKES BARRE
SEP 11 2025
PER ___
DEPUTY CLERK

UNITED STATES OF AMERICA              :

                    v.              :          No.: 3:24-CR-281

CHRISTOPHER J. CORDES              :

## ORDER

AND NOW, this _11_ day of _September_, 2025, upon consideration of the Defendant's Unopposed Motion to Schedule a Change of Plea Hearing, it is hereby ORDERED and DECREED that the Motion is **GRANTED** and the Change of Plea Hearing is scheduled for _September 24, 2025, at 2:00 p.m._

BY THE COURT:

_Joseph F. Saporito, Jr._