UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:24-CR-0281 |
| v. | : | JUDGE SAPORITO |
| CHRISTOPHER J. CORDES, | : | |
| Defendant. | : | |

## ORDER

**IT IS ORDERED** that the United States Probation Office shall conduct a pre-sentence investigation and shall prepare a pre-sentence report and shall disclose the report no later than <u>November 20, 2025</u>.

_____
JOSEPH F. SAPORITO, JR.
**U.S. District Judge**

Sept. 24, 2025